**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **CRIMINAL NO. 3:19-CR-155-HTW-FKB**

**RUBEN MENDOZA-MORALES**

**JOINT STATUS REPORT**

1.  **What is the Defendant's Primary language?**

    - For the Government: The Government defers to the Defense.  During the August 29, 2019 detention hearing, both a Mam interpreter and a Spanish interpreter were present but the Government's records indicate the Defendant utilized the Mam interpreter.

    - For the Defendant:  The Defendant's primary language is Mam, but can communicate in Spanish.

2.  **Where is the Defendant currently housed?**

    - For the Government: The Government concurs with the Defense (confirmed with the USMS on September 25, 2019).

    - For the Defendant:  The Defendant is currently detained at the Tallahatchie County Correctional Facility in Tutwiler, Mississippi.

3.  **Are the parties prepared to go to trial?  If not, why not?**

    - For the Government: The Defendant filed their notice of intent to plead guilty on September 26, 2019.

    - For the Defendant:  The Defendant has filed a notice of intent to plead guilty and therefore is not prepared to proceed to trial at this time.

4. **Is the Defendant intending on entering a plea of guilty or a guilty plea combined with an expedited sentencing hearing?  If so, the parties must contact the Court jointly to schedule a change of plea hearing immediately.**

   - For the Government: The Government is prepared for a change of plea and expedited sentencing hearing at the convenience of the Court, the Probation Office, and the Defense.

   - For the Defendant:  The Defendant has filed a notice of intent to plead guilty (docket entry no. 23) and wishes to combine his guilty plea with an expedited sentencing hearing.

5. **What motions are outstanding?  List motions and a brief synopsis.**

   - For the Government: There are no outstanding motions in this case.

   - For the Defendant:  There are no outstanding motions in this case.

6. **How long with the trial last?  How many witnesses is each side intending on calling?**

   - For the Government: The Defendant has filed his notice of intent to plead guilty. Had this case proceeded to trial, the Government anticipated it would last, at most, two days, and would intend on calling two to three witnesses.

   - For the Defendant:  Defense will defer to the Government's estimate on trial length and does not intend on calling any witnesses at this time.

7. **By the parties' estimation, how many days remain on the defendant's Speedy Trial Act clock?**

   - For the Government: Approximately 38 days remaining as of September 26, 2019 (32 days spent, from the initial appearance on August 26, 2019 to the present).

   - For the Defendant:  Defense is in agreement with the Government's estimate.

**RESPECTFULLY SUBMITTED**, this the 26th day of September, 2019.

By:     /s/Abby W. Brumley
        Abby W. Brumley, MB# 101929
        Assistant Federal Public Defender
        Northern and Southern Districts of Mississippi
        200 South Lamar Street, Suite 200-N
        Jackson, Mississippi 39201
        Telephone: 601-948-4284
        Facsimile: 601-948-5510
        Email: abby_brumley@fd.org


        AGREED:

        /s/Andrew W. Eichner_____
        ANDREW W. EICHNER
        Assistant United States Attorney
        501 East Court Street, Suite 4.430
        Jackson, Mississippi  39201
        Telephone No.: 601.973.2855
        MA Bar No. 690026
        E-mail:  andrew.eichner@usdoj.gov


## CERTIFICATE OF SERVICE

I, Abby W. Brumley, do hereby certify that on the 26th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.


        /s/Abby W. Brumley
        Abby W. Brumley
        *Assistant Federal Public Defender*